IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **WINFORD L. ADCOCK, JR.** | ) | |
| | ) | **PLAINTIFF** |
| vs. | ) | |
| | ) | **Civil Action No. 2:04CV284-DCB-JCS** |
| **HALLIBURTON ENERGY** | ) | |
| **SERVICES, INC.** | ) | **DEFENDANT** |
| | ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Affirm the Arbitration Award:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the award of the arbitrator in American Arbitration Association Case Number 69 480 00558 04 is hereby confirmed and upheld and all the claims filed by Plaintiff, Winford L. Adcock, are dismissed with prejudice and at his cost.

SO ORDERED, this 20th day of February, 2007.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

presented by:
 s/ Jennifer R. Guckert
**JENNIFER R. GUCKERT**
Ms Bar No. 101153
The Kullman Firm
A Professional Law Corporation
1640 Lelia Drive, Suite 120
Jackson, Mississippi, 39216
Telephone: (601) 366-2990
Facsimile: (601) 366-2955

**COUNSEL FOR THE DEFENDANT,
HALLIBURTON ENERGY SERVICES, INC**